Joanne WARWICK, Plaintiff–
Appellant,

v.

UNIVERSITY OF THE PACIFIC, a
California Corporation; et al.,
Defendants–Appellees.

No. 12–16909.

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 23, 2014.*

Filed Oct. 10, 2014.

Joanne Warwick, Oakland, CA, pro se.

Steve Holden, Esquire, Kimberley Ann
Worley, Holden Law Group, Auburn, CA,
for Defendants–Appellees.

Before: W. FLETCHER,
RAWLINSON, and CHRISTEN, Circuit
Judges.

MEMORANDUM **

Joanne Warwick, an attorney, appeals
pro se from the district court's order deny-
ing her Federal Rule of Civil Procedure
60(b) motion for relief from the court's
order denying her motion opposing costs.
We have jurisdiction under 28 U.S.C.
§ 1291. We review for an abuse of discre-
tion, *Casey v. Albertson's Inc.,* 362 F.3d
1254, 1257 (9th Cir.2004), and we affirm.

The district court did not abuse its dis-
cretion by denying Warwick's Rule 60(b)

motion because Warwick failed to prove by
clear and convincing evidence that defen-
dants engaged in fraud, misrepresentation,
or other misconduct. *See Casey,* 362 F.3d
at 1260 (discussing Rule 60(b)(3) require-
ments); *see also Am. Ironworks & Erec-
tors, Inc. v. N. Am. Constr. Corp.,* 248
F.3d 892, 899 (9th Cir.2001) (no abuse of
discretion by denying Rule 60(b) motion
where movants merely reiterated argu-
ments raised previously). We reject War-
wick's contention that the district court
should have held a hearing on the motion.

We do not consider issues and argu-
ments incorporated by reference on ap-
peal. *See Acosta–Huerta v. Estelle,* 7 F.3d
139, 144 (9th Cir.1992).

We do not consider matters not specifi-
cally and distinctly raised and argued in
the opening brief, or arguments and alle-
gations raised for the first time on appeal.
*See Padgett v. Wright,* 587 F.3d 983, 985 n.
2 (9th Cir.2009) (per curiam).

We deny Warwick's request for judicial
notice, set forth in her reply brief, and
grant University of the Pacific's request
for judicial notice, filed on May 1, 2013.

**AFFIRMED.**

---

* The panel unanimously concludes this case is
suitable for decision without oral argument.
*See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publi-
cation and is not precedent except as provid-
ed by 9th Cir. R. 36–3.